No. 10-10854. **Michael Joseph Sims, Petitioner v. Nebraska.**

565 U.S. 853, 132 S. Ct. 181, 181 L. Ed. 2d 91, 2011 U.S. LEXIS 5983.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Nebraska denied.

No. 10-10855. **Stephen R. Sanchez, Petitioner v. Debra Herndon, Warden.**

565 U.S. 853, 132 S. Ct. 181, 181 L. Ed. 2d 91, 2011 U.S. LEXIS 6021.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-10856. **James Wesley Reddix, Petitioner v. United States.**

565 U.S. 853, 132 S. Ct. 181, 181 L. Ed. 2d 91, 2011 U.S. LEXIS 6012.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-10857. **Yucel Ucak, Petitioner v. Georgia.**

565 U.S. 853, 132 S. Ct. 181, 181 L. Ed. 2d 91, 2011 U.S. LEXIS 6500.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Georgia denied.

No. 10-10858. **William Stephen Brandow, Jr., Petitioner v. John R. Bald-**win, Director, Iowa Department of Corrections, et al.

565 U.S. 853, 132 S. Ct. 181, 181 L. Ed. 2d 91, 2011 U.S. LEXIS 6520.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-10859. **Andrew Richard Allred, Petitioner v. Florida.**

565 U.S. 853, 132 S. Ct. 181, 181 L. Ed. 2d 91, 2011 U.S. LEXIS 6406.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 55 So. 3d 1267.

No. 10-10860. **Martha Silvia Barba de Garza, Petitioner v. United States.**

565 U.S. 853, 132 S. Ct. 181, 181 L. Ed. 2d 91, 2011 U.S. LEXIS 5988.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 415 Fed. Appx. 560.

No. 10-10861. **Josh Kirk Davis, Petitioner v. Lawrence Kelly, Superintendent, Mississippi State Penitentiary.**

565 U.S. 853, 132 S. Ct. 182, 181 L. Ed. 2d 91, 2011 U.S. LEXIS 6041.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.